# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**-FILED-**
OCT 13 2022
MATTHEW T. BALL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

__Ja'Mel Cornelius Farmer__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__Warden Hyatt_____,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __#3.22- CV-00149-DRL-MGG__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Warden Hyatt, Sgt Martin, Lt. Robinson, Sgt Lapoint | Miami Correctional Facility |
| 2 | [Put the names of any other defendants in these boxes.] Captain Bayon, Ofc Rubax, Lt. Durr | ↓ |
| 3 | Sgt Brandi | ↓ |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __8__
2. What is the name and address of your prison or jail? __St. Joseph County Jail__
_____
3. Did the event you are suing about happen there? ○ Yes  ⊘ No, it happened at: _____
__Miami Correctional Facility_____
4. On what date did this event occur? __Dec- 22-25- 2020_____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Sometime in late November my 8th Amendment Rights were violated for Cruel & Unusual Punishment. I was placed in Admin Segregation for investigation cell A-141. Upon being placed in A-141 I 1st noticed the filthiness of the entire unit and my cell as well. When I entered I immidiately ask Sergeant LaPoint for cleaning supplies to clean my cell up because of the excessive amount of dirt, lingering smell of urine & the black smudges of some unknown substance on the walls. I informed him that I was muslim and theres no way I can properly pray in this cell & feel like my prayers are valid in Allahs eyes. He stated I should of picked a God that isnt so picky & denied me cleaning supplies. I endend up doing my best & using the body soap I bought off of canteen.

(2) Later on that same day inmates on the top tier flooded their toilets & when officers working had another inmate come out of his cell to clean up he

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Captain Bayon, Sgt Brandi, also ignored my pleas for help. I ask the both of them together & showed them how filthy my cell was. I literally was swatting gnats on the window on my cell door while talking to them to show them how the bugs were filled with blood from biting on me thru out the nights. I went 65 days with out cleaning supplies while I was under investigation. The body of Mr. D.T was left in the cell over night from Dec 24 to the 25. But the infestation started long before he passed. The bugs had already been feasting on his body while he was alive because he was covered in feces already for weeks on already. From the beginning of December to the day he died on Christmas eve. They chose to ignore my complaints when I made them aware of my health issues behind the unsanitary environment & the infestation. I proffessed daily how I am a muslim & a faithful follower of Islam & how I cant not pray under these conditions. I was denied my right to prayer for 2 months which caused me suicidal thoughts, pain attacks, sickness, rashes, skin discoloration, extreme vomiting, weightloss & emotional distress from hearing my neighbor slowly beg for water & help everyday until he died. I tried to help him & I couldn't. Do you know what that does to a man. To the soul. And I couldn't pray for him because of the uncleariness of my habitat. I felt my GOD would not hear my pleas.

1st Amendment Claim
8th Amendment Claim

9) next door to me. He noticed everything I complained about & told me to pack up all my belongings so I can be taken out my cell & it can be sprayed & properly cleaned. I did as I was told & packed all my belongings up & waited but LT Durr never came back. I hit my emergency call button & asked about the cleaning process. LT Durr said he was getting done for me & they said they knew of nothing I was talking about.

The situation got so out of hand that I became depressed & suicidal because I was being denied my right to prayer, because of the uncleanliness. I felt my GOD would consider my prayers invalid for praying in a filthy environment. I started having panic attacks from the constant presence of insects biting me in my sleep. I developed rashes on my lower extremities & skin discolorations in the middle of my back that I still have & experience till this very day. I not only suffered physical damage but also psycological damage from weeks of hearing my neighbor slowly dying & beg for water & help. I asked for his water to be turned back on & I was told he was on water restrictions.

10) In conclusion to my Amended 1983 I'm suing for 1,000,000 in damages & 1,000,000 in punitive damages. And my claims are Deliberate indifference, Cruel & Unusual Punishment & My right to freedom of Religion. I even wrote a emergency grievance that gets sent straight to the warden explaining the seriousness of my situation & was denied still even so.

7) I spoke with Sergant Martin of my problem, I showed him how my cell was invaded by a massive infestation. He said there was nothing he could do about it. When he could of at the least supplied me with cleaning supplies to clean but he even denied me of those. Sgt. La Pointe was on duty and I complained to him about the uncleaniness of my cell because of the human waste that was contantly pushed under my door from other cells being flooded. and he would not help me as well. He stated he had more important things to worry about than some dried up shit in my cell. I also informed him that I was Muslim & I could not perform proper salate. Because as a muslim the area unto which I pray has to be clean or my prayers will be invalid. He stated he didnt care & I should convert to the real religion of christianity.

8) December 29th Officer Rubow did a walk thru & I explained my situation to him and showed him how bad & filthy my cell had become over the course of weeks with no supplees & the result of constant floods that have came under my cell door. I asked if he could have somebody come spray my cell because of the infestation of gnats & roaches that has taking over my cell due to the fecal matter & blood & urine that was left unattended for so long in the cell next door, to me where a inmate recently died at. And was covered in his own body excrements for more than 3 weeks. I've been denied simple cleaning supplies such as broom or mop or chemicals & gloves to clean up myself to try to get rid of the infestations.

9) LT Durr came on Dec 30, 2022 & did a walk thru. Upon arriving to my cell I informed him & showed him the gnat and bug infestation & urine & fecal waste left unattended in the cell

5)
On Dec 25, 2020 At Miami Correctional Facility officers are required to walk the cell ranges in units at established increments of time observing offenders to see nothing is amiss. and that inmates are of sound health. On or about Dec 25 Inmate D.T. in cell A-143 had been lying in feces, blood and urine for an extended period of time. He was in agony & had no access to water for the past 2 weeks. In his cell and continually to no avail he attempted to call staff for help to his aid. Considering the fact my cell is located in direct proximity (Next DOOR CELL 141) to his and our ventilation shafts are connected I was exposed to both the stench of feces & urine as well as the cries of help. Upon hearing his cries for help and also recognizing staff were not conducting their range tours in which they would have discovered this situations I knew I had to do something because I was exposed to bio hazard waste as well.

6)
I began pressing my call button in my cell again to no avail. Never once did the National Guard on duty answer my call button for this medical emergency. National Guard Brown Ignored me. We may be inmates but we have a right to a standard of treatment. Mr. D.T. died sometime in the middle of the night. He defecated on himself & vomited blood everywhere. The weeks leading up to his death from the feces & urine and filth that was being pushed from his cell to mine lead to a serious infestation of gnats and roaches. I was repeatedly bitten by these insects to the point I have bite marks and scratch marks all over my legs & arms. I became ill & started having panic attacks. I repeated kept catching skin rashes from the bites of the insects. The swarm of gnats was so severe that I had to eat my meals underneath my covers so my food wouldn't be contaminated. I started seeing mental health because I wasn't getting any help. I begged for the officers to bring a bio hazard team down & spray my cell or move me & I was told that they don't spray cells no more.

#3

Sgt LaPoint, Sgt Brandi, Officer Brown violated my rights to be free of cruel & unusual punishment. They also violated my Freedom to Religion rights by not allowing me to pray my standard 5 times a day in a clean environment. They committed cruel & unusual punishment on me because they were aware on multiple occassions of the filth I was subject to living in & decided to completly ignore my request for cleaning supplies. After weeks of no supplies I started getting sick I started experiencing extreme head aches, spats of vomitting thru out the nights & days. I acquired a cough that would not go away. And every time I coughed mucus up it was mixed with my own blood as well. I saw medical & they did nothing but check my vitals & sent me back to the same room. I informed them of the feces and waste wates that my room was embedded in & they said thats not part of their job description. Sometime early December,

4) The cell next door to me was filled in by a older white male I cant remember his name exactly but his initals are DT I believe. Mr. DT cell floaded his second day there with massive amounts of fecal matter coming back up out of his toliet. When officers noticed they came & turned off his water. Officer Bean told Mr. DT, "Now let me see you live in your own shit for a few days." Mr DT replied he didnt do it on purpose & needed cleaning supplies, which he was denied. The flood in his cell eventually made it way to my cell & I pressed the call button to inform officer Bean in the tower that I now had feces & urine from my neighbors cell now coming under my door & was ignored as well. I had nothing to clean my cell with so the waste waters stayed & dried up over a periord of a few days & hardened up as well.

Being denied cleaning supplies was a clear violation of my 8th Amendment because as a inmate in the D.O.C we are entitled & have a right to be housed in sanitary environments that meets state required standards. Where as I was clearly being housed in an inhumane living conditions. As a result I got extremely sick, I started having cold chills shakes & non stop coughing. My immune system was failing me because of all the bio hazardous waste that was constantly being pushed in my cell & the fact that since the day I came to A-141 I wasn't given cleaning supplies even tho I asked.

Claims and Facts (continued)

was not given any cleaning supplies on a sunday so he would push the feces from the flooded cells to the bottom tier which came directly in my cell. Huge chunks of feces & waste water drained right under my cell door, because the drain in the dayroom was so clogged with feces & debris that nothing would go down it. I then pressed my cell button & informed the officer in the tower which was National Guardsman Brown of the issue at hand & was told to deal with it. That's the luxury of coming to A cell house. Sgt LaPoint & Officer Brown deliberately ignored the fact I was living in filth.

3) As days turned into weeks I complained daily to Sgt LaPoint, National Guards Brown, Sgt Brandi & numerouse employees of Miami Correctional about my issue of not being supplied cleaning supplies to clean the old & new feces & waste water. I also let them know that I am a muslim & I can not pray in a unclean environment. And denying my right to pray is weighing heavy on me. I eventually wrote a request form to the warden explaining my situation & he never replied.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ☑ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   To pay monetary damages & punitive damages Monetary damages of 1,000,000 & Punitive damages of 1,000,000

[Initial Each Statement]
   - JCF  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   - JCF  I will keep a copy of this complaint for my records.
   - JCF  I will promptly notify the court of any change of address.
   - JCF  I WILL NOT send more than one copy of any filing to the court.
   - JCF  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   - JCF  I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on  10 / 07 /20 22  at  1:00  am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _____         134942
   Signature                          Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]