UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAMEL FARMER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 3:22-CV-149-DRL-JEM |
| | ) | |
| MARTIN, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER TO SHOW CAUSE**

Defendants, by counsel, filed a motion to dismiss for lack of prosecution under Federal Rule of Civil Procedure 41(b) [DE 46]. They note that Jamel Farmer, a prisoner without a lawyer, did not file a status report in response to the court's invitation to do so [DE 46], nor has he filed a response to their partial motion for summary judgment based on the exhaustion of administrative remedies [DE 40]. In fact, Defendants point out that he has not participated in this case since he filed a motion for assistance of counsel on March 16, 2023, three months before they filed their motion.

Mr. Farmer did not file a response to Defendants' motion to dismiss. It appears he has abandoned this case. Accordingly, the Court **ORDERS** Mr. Farmer to **SHOW CAUSE** in writing by **August 11, 2023**, why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and **CAUTIONS** him that if he does not respond by the deadline, this case may be dismissed without further notice.

SO ORDERED this 20th day of July, 2023.

                                                                s/ John E. Martin
                                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Plaintiff, *pro se*