UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMEL FARMER, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN, LAPOINT, BAYON, RUBAS, DURR, and BRANADY, <br><br> Defendants. | CAUSE NO. 3:22-CV-149-DRL-JEM |

ORDER

Jamel Farmer, a prisoner without a lawyer, was ordered to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) based on indications that he had abandoned this case. ECF 47. He was cautioned that if he did not respond by August 11, 2023, this case could be dismissed without further notice. *Id.* The deadline has passed without a response.

For these reasons, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

August 28, 2023
*s/ Damon R. Leichty*
Judge, United States District Court