# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JAMEL FARMER
*also known as*
Jamel Cornelius Farmer

          Plaintiff

    v.                                                                        Civil Action No. 3:22-cv-149

MIAMI CORRECTIONAL FACILITY
*TERMINATED: 10/13/2022*

HYATTE
*Warden*
*TERMINATED: 01/03/2023*
*also known as*
Hyatt
*TERMINATED: 01/03/2023*

MARTIN
*Sgt*

ROBINSON
*Lt*
*TERMINATED: 01/03/2023*

LAPOINT
*Sgt*

BAYON
*Captain*

RUBAS
*Ofc*

DURR
*Lt*

BRANADY
*Sgt*
*also known as*
Brandi

          Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty.

DATE: 08/28/2023          CHANDA J. BERTA, CLERK OF COURT

                          by      s/J. Barboza
                          *Signature of Clerk or Deputy Clerk*